IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00528-WYD-KLM

BBVA COMPASS INSURANCE AGENCY, INC.

    Plaintiff,

v.

DARRELL C.R. OLSON, II;
LANCE M. OLSON,
OLSON & OLSON INSURANCE SERVICES, INC.,
STEVEN HARTLE,
MICHAEL CLARK, and
GEORGE BOWDOURIS, JR.,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on a **Joint Motion for an Order Adopting Stipulated Protective Order** [Docket No. 41; Filed May 25, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: May 27, 2010