**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: December 21, 2010 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **10-cv-00528-WYD-KLM**          Counsel:

**BBVA COMPASS INSURANCE AGENCY, INC.**,                Jeannette M. Brook

      Plaintiff,

v.

**DARRELL C. R. OLSON, II, et al.**,                Thomas J. Overton
                                            Dan S. Cross

      Defendants.

**COURTROOM MINUTES**

**MOTIONS HEARING**

**1:48 p.m.**    Court in Session

           APPEARANCES OF COUNSEL.

           Court's opening remarks.

           Plaintiff BBVA Compass Insurance Agency, Inc.'s Emergency Motion to Enforce Material Terms of Settlement [doc. #102], filed December 16, 2010 and Defendants' Motion to Enforce Material Terms of Settlement and Motion for Dismissal with Prejudice [doc. #105], filed December 20, 2010, are raised for argument.

1:52 p.m.    Argument by Defendants (Mr. Cross). Overton).

1:54 p.m.    Argument by Plaintiffs (Ms. Brook).

| | |
|---|---|
| 2:07 p.m. | Argument by Defendants (Mr. Overton). |
| 2:27 p.m. | Argument by Defendants (Mr. Cross). |
| 2:36 p.m. | Argument by Defendants (Mr. Overton). |
| **2:38 p.m.** | Court in Recess |
| **3:24 p.m.** | Court in Session |
| 3:25 p.m. | Argument by Plaintiffs (Ms. Brook). |
| 3:36 p.m. | Argument by Defendants (Mr. Overton). |
| 3:50 p.m. | Argument by Plaintiffs (Ms. Brook). |
| | Court makes findings. |
| **ORDERED:** | Plaintiff BBVA Compass Insurance Agency, Inc.'s Emergency Motion to Enforce Material Terms of Settlement [doc. #102], filed December 16, 2010, is **GRANTED.** |
| **ORDERED:** | Defendants' Motion to Enforce Material Terms of Settlement and Motion for Dismissal with Prejudice [doc. #105], filed December 20, 2010, is **DENIED.** |
| **ORDERED:** | This case shall be dismissed with prejudice. |
| **4:05 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   1:31**